# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.C., a minor, by and through his mother, A.T., on her own behalf; his grandfather, F.T., on his own behalf, and all others similarly situated | ) ) ) ) ) | Civil Action |
| **Plaintiffs,** | ) ) | No. 2:19-cv-00012 |
| | ) ) | Judge Marilyn J. Horan |
| v. | ) ) ) | **Jury Trial Demanded** |
| Pittsburgh Public Schools, Officer Marion Parker, Mr. Nicholas Sible, and Mr. Mark McClinchie | ) ) ) ) | |
| **Defendant.** | ) ) ) ) ) | |

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Federal Rule of Civil Procedure 41(a) the Parties hereby jointly dismiss the above-captioned case with prejudice. The signatures of counsel of record for all parties are set forth below.

Respectfully Submitted,

/s/ Kristen Weidus

Kristen C. Weidus, Esq.
Ruder Law, LLC
One Oxford Center
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Email: kristenweidus@ruderlaw.com
*Counsel for Plaintiffs*

/s/ Danielle Guarascio

Danielle M. Guarascio, Esq.
Weiss Burkardt Kramer, LLC
445 Fort Pitt Blvd., Suite 503
Pittsburgh, PA 15219
Email: dguarascio@wbklegal.com
*Counsel for Defendant*

IT IS SO ORDERED this 2nd day of April 2023.

/s/ Marilyn J. Horan
United States District Judge